AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**AUTUMN HEALTH CARE OF**
**ZANESVILLE, INC.,**

      **Plaintiff,**

      **JUDGMENT IN A CIVIL CASE**

  v.

      **CASE NO.   2:14-cv-229**

**CENTERS FOR MEDICARE AND**    **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MEDICAID SERVICES, et al.,**    **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

\_\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

   **Pursuant to the OPINION AND ORDER filed March 10, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 10, 2015              RICHARD W. NAGEL, CLERK

                               */S/ Andy F. Quisumbing*
                               (By) Andy F. Quisumbing
                               Courtroom Deputy Clerk